ORDERED in the Southern District of Florida on **MAY 26 2009**



_A. Jay Cristol, Chief Judge Emeritus_
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:                                                          Case No. 08-26752-BKC-AJC

OLD CUTLER LADY, INC.                               Chapter 11

    Debtor.

_____/

## ORDER APPROVING SALE OF PROPERTY ASSET

Having been set before the Court on May 26, 2009 at 2:30 p.m., upon the Debtor, Old Cutler Lady, Inc.'s ("Debtor") Motion for Sale of Property Assets (C.P. #46, the "Motion"), good cause appearing and the Court being fully advised, it is

ORDERED that the Motion is granted in accordance with the terms of this Order.

    1.    The Debtor is authorized to sell the assets described in the Debtor's motion including equipment, furnishings, contract and other rights for the sum of $20,000.00.

1

      2.      Of the $20,000.00 sale price, $10,000.00 will go to the Debtor's estate and $10,000.00 will go to the estate of Alex Valladares in his personal bankruptcy.

      3.      The funds going to the Debtor's estate shall be transferred and held in the trust account of Richard R. Robles, P.A. until further order of this Court.

###

Attorney Richard R. Robles is directed to furnish copies to all parties